UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
HYUNDAI MOTOR AMERICA,

                Plaintiff,

                              25-cv-2222 (PKC)

      -against-                      ORDER

TELEVISAUNIVISION MGMT. CO and
FEDERACION MEXICAN DU FUTBOL
ASOCIACION, A.C.,

                Defendants.
-----------------------------------------------------------x

CASTEL, U.S.D.J.

        The Clerk is respectfully directed to unseal the docket and all filings in this case, with the exception of the Complaint, which shall remain filed under seal. Upon the unsealing of the docket, plaintiff shall file to the public docket a version of the Complaint that contains the redactions identified in the parties' letter of April 24, 2025.

        SO ORDERED.

                                            P. Kevin Castel
                                      United States District Judge

Dated: New York, New York
       April 25, 2025