UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| HYUNDAI MOTOR AMERICA,<br><br>          **PLAINTIFF,**<br><br>vs.<br><br>TELEVISAUNIVISION MANAGEMENT CO., and FEDERACION MEXICANA DE FUTBOL ASOCIACION, A.C.,<br><br>          **DEFENDANTS.** | [Miscellaneous Case No.]<br><br>ORDER TO FILE<br>CIVIL CASE UNDER SEAL |

Plaintiff, having moved to file a new civil case under seal in the traditional manner, in paper form, and the Court having reviewed the application and having found sufficient cause under Federal Rule of Civil Procedure 5.2(d) to order this case to be filed under seal temporarily, pending the appearance of the other parties and further order of the Court, it is hereby

ORDERED this case may be filed under seal. The parties are directed to proceed in accordance with the instructions for filing under seal found in the court's ECF Rules & Instructions, Rule 6.14, and present the case initiating documents to the Clerk of Court in the traditional manner, in paper form.

The Clerk is directed to restrict access to this order to the selected party viewing level and close this case.

Dated: 3/17/25
      New York, New York

                                                          SO ORDERED:

                                                          _____
                                                                       U.S.D.J.

*[Handwritten annotation:]* This Order is without prejudice to any subsequent orders by the judge to whom the case is assigned. So ordered. JG Koeltl/ U.S.D.J. 3/17/25