UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
HYUNDAI MOTORS AMERICA,

                        Plaintiff,

                                                  25-cv-2222 (PKC)

        -against-                                   ORDER UNDER SEAL

TELEVISAUNIVISION MANAGEMENT CO.
and FEDERACION MEXICANA DU FUTBOL
ASOCIACION,

                        Defendants.
-----------------------------------------------------------x

CASTEL, U.S.D.J.

       The parties shall show cause in writing within 45 days why the docket and all filings in this case ought not be unsealed.  See Lugosch v. Pyramid Co. of Onondaga, 435 F.3d 110 (2d Cir. 2006).  The parties are advised that a private agreement between the litigants is not a sufficient reason to allow sealing.  See, e.g., Homeward Residential, Inc. v. Sand Canyon Corp., 499 F. Supp. 3d 18, 31 (S.D.N.Y. 2020).  Plaintiff is directed to serve a copy of this Order upon defendants.

       SO ORDERED.

                                                     P. Kevin Castel
                                          United States District Judge

Dated: New York, New York
       March 27, 2025