UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
HYUNDAI MOTOR AMERICA,

                        Plaintiff,

                                                                                   25-cv-2222 (PKC)

          -against-                                           ORDER

TELEVISAUNIVISION MGMT. CO and
FEDERACION MEXICAN DU FUTBOL
ASOCIACION, A.C.,

                        Defendants.
-----------------------------------------------------------x

CASTEL, U.S.D.J.

        There will be a pretrial conference on May 1, 2025 at 11 a.m. in Courtroom 11D.

All pre-motion letters and responses are to be fully submitted no later than April 25, 2025.

        SO ORDERED.

                                                                  P. Kevin Castel
                                                     United States District Judge

Dated: New York, New York
        April 9, 2025